## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02414-ZLW

ORLANDO CORTEZ CLARK,

Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS, ET AL.,
DR. NWEKE, C.C.C.F. Medical,
DR. FALLHOUSE, C.C.C.F. Medical,
DR. JOSEPH WERMER, A.V.C.F. Medical,
CINDRA MARTINEZ, MRT II, A.V.C.F. Medical,
ANTHONY DeCESARO, CDOC Grievance Officer,
DR. RAYMOND L. LILLY, and
DR. KENNETH D. DANYLCHUCK,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 1 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's "Consolidated Motion Requesting Status and Motion to Include CDOC Grievance #C-CM06/07-003 and Its Claims Here" filed on May 30, 2007, is granted in part and denied in part. Plaintiff's motion for the status of this action is GRANTED. On March 30, 2007, the United States Court of Appeals for the Tenth Circuit recalled its mandate and Plaintiff's appeal currently is pending before that court. Because Plaintiff's appeal is pending, the Court lacks jurisdiction to consider Plaintiff's motion to include a grievance and its claims in this action. Therefore, that motion is DENIED.

Dated: May 31, 2007

Copies of this Minute Order mailed on May 31, 2007, to the following:

Orlando Cortez Clark
Prisoner No. 91231
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Secretary/Deputy Clerk