IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02414-LTB-BNB

ORLANDO CORTEZ CLARK,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al.,
DR. NWEKE, C.C.C.F. Medical,
DR. FALLHOUSE, C.C.C.F. Medical,
DR. JOSEPH WERMER, A.V.C.F. Medical,
CINDRA MARTINEZ, MRT II,
DR. RAYMOND L. LILLY,
DR. KENNETH D. DANYLCHUCK, and
ANTHONY DECESARO,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Consolidated Motion to Include Additional Defendants and Unavailability of Grievance Procedure** [Doc. #59, filed 8/21/07] (the "Motion"). The plaintiff seeks to supplement his Complaint to add claims and defendants.

The Federal Rules of Civil Procedure provide that a complaint may be amended as follows:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party.

Fed.R.Civ.P. 15(a).

A responsive pleading has not yet been served in this case. Therefore, the plaintiff may amend his pleading as a matter of course. However, the plaintiff may not amend his Complaint by simply filing piecemeal amendments and supplements. Rather, he must file the entire proposed amended complaint. The plaintiff may not incorporate by reference his original Complaint into the amended complaint. The amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims. In addition, the amended complaint must be submitted on the Court's Prisoner Complaint form. Accordingly,

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE, subject to compliance with this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall enclose with this Order a copy of the Court's Prisoner Complaint form.

Dated August 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge