IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02414-LTB-BNB

ORLANDO CORTEZ CLARK,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical,
DR. JOSEPH WERMER, A.V.C.F., Medical,
DR. RAYMOND L. LILLY,
DR. KENNETH DANYLCHUCK,
DR. PAULA J. FRANTZ, CDOC Chief Medical Officer,
JOANN STOCK, PA, S.C.F. Medical,
PHYSICIAN HEALTH PARTNERS (PHP), CDOC Medical Care Providers,
KEVIN MILYARD, S.C.F. Warden, and
ANTHONY DECESARO, CDOC Grievance Officer,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 1 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER

---

This matter is before me on the affidavit in support of the motion for leave to proceed

without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted

plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from

the defendants. If unable to do so, the United States Marshal shall serve a copy of the second

amended complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and

all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a

waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be

advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to

the complaint as provided for in the Federal Rules of Civil Procedure after service of process on

the defendants.

Dated October 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 04-cv-02414-LTB-BNB

Orlando Cortz Clark
Prisoner No. 91231
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Colorado Department of Corrections, Dr. Joseph Wermer,
Dr. Paula J. Frantz, JoAnn Stock,
Physician Health Partners Clinical Services Department,
Kevin Milyard -  **WAIVER** *
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Jim Higby
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE FORMS FOR: Dr. Nweke,
and Dr. Fallhouse**

US Marshal Service
Service Clerk
Service forms for: Raymond Lilly, Kenneith Danylchuck,
and Anthony DeCesaro

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Cathie Holst for service of process    on Colorado
Department of Corrections, Dr. Joseph Wermer, Dr. Paula J. Frantz, JoAnn Stock,
Physician Health Partners Clinical Services Department, Kevin Milyard; to Jim Higby for
service of process on Dr. Nweke and Dr. Fallhouse; to The United States Marshal Service
for process of service on Raymond Lilly, Kenneith Danylchuck, and Anthony DeCesaro;

and to John Suthers: SECOND AMENDED COMPLAINT FILED 10/01/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 10/11/07 .

GREGORY C. LANGHAM, CLERK

By:_____

Deputy Clerk