IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04-cv-02414-LTB-KMT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 5 2008

GREGORY C. LANGHAM
CLERK

ORLANDO CORTEZ CLARK,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical,
DR. JOSEPH WERMER, A.V.C.F., Medical,
DR. RAYMOND L. LILLY,
DR. KENNETH DANYLCHUCK,
DR. PAULA J. FRANTZ, CDOC Chief Medical Officer,
JOANN STOCK, PA, S.C.F. Medical,
PHYSICIAN HEALTH PARTNERS (PHP), CDOC Medical Care Providers,
KEVIN MILYARD, S.C.F. Warden, and
ANTHONY DECESARO, CDOC Grievance Officer,

Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

The plaintiff filed his Second Amended Prisoner Complaint (the "Complaint") on October 1, 2007. (Doc. No. 63.) The Complaint named eight defendants. On January 3, 2008, Magistrate Judge Boyd N. Boland ordered the plaintiff to show cause in writing why the Complaint should not be dismissed as against Defendants Dr. Nweke, Dr. Fallhouse, and Physician Health Partners for failure to prosecute. (Doc. No. 77.) On January 25, 2008, Plaintiff

filed his "Order to Show Cause Response." (Doc. No. 87.) Plaintiff provided an address at which these defendants may be served. Therefore, it is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants Dr. Nweke, Dr. Fallhouse, and Physician Health Partners. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon Defendants Dr. Nweke, Dr. Fallhouse, and Physician Health Partners at 1515 Arapahoe Street, Suite 300, Tower 1, Denver, Colorado 80202. All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants Dr. Nweke, Dr. Fallhouse, and Physician Health Partners or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 4th day of March, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-02414-LTB-KMT

Orlando Cortez Clark
Prisoner No. 91231
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Dr. Nweke, Dr. Fallhouse, and Physician Health Partners

Jess Alexander Dance
Assitant Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

C. Todd Drake
Attorney at Law
Montgomery Little Soran & Murray, P.C.
**DELIVERED ELECTRONICALLY**

C. Gregory Tiemeier
Attorney at Law
Montgomery Little Soarn & Murray, P.C.
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Dr. Nweke and Dr. Fallhouse, and Physcians Health Partners: SECOND AMENDED COMPLAINT FILED 10/01/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/5/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk