IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical,
DR. JOSEPH WERMER, A.V.C.F., Medical,
DR. RAYMOND L. LILLY,
DR. KENNETH DANYLCHUCK,
DR. PAULA J. FRANTZ, CDOC Chief Medical Officer,
JOANN STOCK, PA, S.C.F. Medical,
PHYSICIAN HEALTH PARTNERS (PHP), CDOC Medical Care Providers,
KEVIN MILYARD, S.C.F. Warden, and
ANTHONY DECESARO, CDOC Grievance Officer,

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Lewis T. Babcock, pursuant to the Order of Reference dated August 15, 2007. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **September 12, 2008,** at **9:15 a.m.,** in Courtroom A-601, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Plaintiff, or his case manger, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature

and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

The Clerk of Court is hereby ORDERED to send a copy of this order (or these minutes) to Plaintiff's case manager at Sterling Correctional Facility, P.O. Box 6000, Sterling, CO 80751.

DATED this 3rd day of September, 2008.

BY THE COURT:


s/ Kathleen M. Tafoya
United States Magistrate Judge