# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al.,
DR. NWEKE, C.C.C.F. Medical,
DR. FALLHOUSE, C.C.C.F. Medical,
DR. JOSEPH WERMER, A.V.C.F. Medical,
CINDRA MARTINEZ, MRT II,
DR. RAYMOND L. LILLY,
DR. KENNETH D. DANYLCHUCK, and
ANTHONY DECESARO,

    Defendants.

___

## AMENDED ORDER
___

This case is before me on the Recommendations of the Magistrate Judge that

(1)     Defendants Colorado Department of Corrections, Wermer, Lilly, Frantz, Stock, Milyard, and Decesaro's Motion to Dismiss (Doc 80) be granted in that

    (a)     Plaintiff's allegations in Claim One regarding delay of pain medication are barred by the statute of limitations and thus properly dismissed with prejudice;

    (b)     Plaintiff's Eighth Amendment claims against Defendants Wermer, Lilly, and Stock should be dismissed with prejudice for failure to state a claim upon which relief can be granted; and

(c) Plaintiff's retaliation claim should be dismissed with prejudice for failure to state a claim upon which relief may be granted.

The Magistrate Judge recommends that the Motion for Summary Judgment from Defendant Physician Health Partners (Doc 101) be granted and that Plaintiff's Request for Summary Judgment (Doc 84) be denied.

The Plaintiff has now filed timely written objections to the Magistrate Judge's recommendations. I have therefore reviewed the recommendations *de novo* in light of the file and record in this case. On *de novo* review I conclude that the recommendations are correct and I adopt them as set forth above. Accordingly

IT IS ORDERED that Defendants Colorado Department of Corrections, Wermer, Lilly, Frantz, Stock, Milyard, and Decesaro's Motion to Dismiss (Doc 80) is GRANTED as set forth above.

IT IS FURTHER ORDERED that the Motion for Summary Judgment from Defendant Physician Health Partners (Doc 101) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Request for Summary Judgment (Doc 84) is DENIED.

IT IS FURTHER ORDERED that this matter shall proceed against Defendants Nweke, Fallhouse, and Danylchuck.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: October 29, 2008