IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

    Plaintiff,

v.

DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical, and
DR. KENNETH DANYLCHUCK,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Consolidated Motion of Notice and Exception of Service" (#131, filed October 28, 2008) is GRANTED in part and DENIED in part. As discussed in the Scheduling Conference held on November 10, 2008, Defendant Danylchuck's motion to amend his answer was granted on August 4, 2008. Counsel for Defendant Danylchuck stated in the conference that he will resend copies of the motion to amend (#109), the Amended Answer (#110), and the Order granting the motion to amend (#113). Defendant Danylchuck's counsel are ORDERED to mail copies to Defendant at DRDC, P.O. Box 392004, Denver, CO 80239, <u>and</u> Sterling Correctional Facility, P.O. Box 6000, Sterling, CO 80751.

As to Plaintiff's request that he be "excepted" from serving process on other parties, this request is DENIED. Fed. R. Civ. P. 5(a)(1) requires that any pleading filed after the original complaint and any written motion be served on any party. This requirement will not be waived for Plaintiff.

The Clerk of Court is directed to send a copy of this minute order to Plaintiff at DRDC, P.O. Box 392004, Denver, CO 80239, <u>and</u> Sterling Correctional Facility, P.O. Box 6000, Sterling, CO 80751.

Dated: November 10, 2008