IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al.,
DR. NWEKE, C.C.C.F. Medical,
DR. FALLHOUSE, C.C.C.F. Medical,
DR. JOSEPH WERMER, A.V.C.F. Medical,
CINDRA MARTINEZ, MRT II,
DR. RAYMOND L. LILLY,
DR. KENNETH D. DANYLCHUCK, and
ANTHONY DECESARO,

    Defendants.

_____

**ORDER**
_____

Upon Plaintiff's Consolidated Motion to Reconsider, Alter or Amend the Amended Order (Doc 149) and Defendant Physicians Health Partners' Response (Doc 151), it is

ORDERED that the Plaintiff's Motion (Doc 149) is DENIED.

                              BY THE COURT:


                                 s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: December 9, 2008