IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical,
DR. JOSEPH WERMER, A.V.C.F., Medical,
DR. RAYMOND LILLY,
DR. KENNETH DANYLCHUCK,
DR. PAULA J. FRANTZ, CDOC Chief Medical officer,
JOANN STOCK, PA, S.C.F. Medical,
PHYSICIAN HEALTH PARTNERS (PHP), CDOC Medical Care Providers,
KEVIN MILYARD, S.C.F. Warden,
ANTHONY DECESARO, CDOC Grievance Officer,

    Defendants.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant Physicians Health Partners' Motion for Entry of Final Judgment Pursuant to Fed.R.Civ.P. 54(b) (Doc 138 - filed November 10, 2008) is **GRANTED**.

Dated: December 9, 2008