IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

    Plaintiff,

v.

DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical, and
DR. KENNETH DANYLCHUCK,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Clarification of Clerk's Note Recieved" (#157, filed December 15, 2008) is GRANTED. The Clerk of Court is directed to send Plaintiff an amended Clerk's note, with the statutory citation regarding the Servicemember's Civil Relief Act .

Dated: January 7, 2009