IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

    Plaintiff,

v.

DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical, and
DR. KENNETH DANYLCHUCK,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Status of Motion for Summary Judgment" (Doc. No. 179, filed March 30, 2009, docketed as a "Motion for Default Judgment" is DENIED.

To the extent Plaintiff is unhappy with rulings made by the magistrate judge, he may file objections pursuant to Fed. R. Civ. P. 72(a).

To the extent Plaintiff seeks default judgment against Defendants Fallhouse and Nweke, the request is premature. The Clerk of Court has not entered default against either defendant. (*See* Doc. No. 145.)

To the extent Plaintiff seeks an extension of time, it is unclear which deadline Plaintiff seeks to extend.

Dated: April 1, 2009