**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.   04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

      Plaintiff,

v.

DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical,
DR. KENNETH DANYLCHUK,

      Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on August 20, 2009 (Doc 201).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant Kenneth Danylchuk. M.D.'s Motion to Dismiss (Doc 186) is GRANTED and Plaintiff's claims against Dr. Danylchuk are dismissed with prejudice.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: September 16, 2009