IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04–cv–02414–LTB–KMT

ORLANDO CORTEZ CLARK,

      Plaintiff,

v.

DR. NWEKE, C.C.C.F., Medical, and
DR. FALLHOUSE, C.C.C.F., Medical, and

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Nweke's "Forthwith Motion to Vacate October 6, 2009, Default Judgment Hearing" (Doc. No. 215, filed September 29, 2009) is DENIED.  The hearing will be held as scheduled. Defendant Nweke may appear at the hearing through counsel.  Attorney Andrew Ringel is ordered to attend the hearing in person.

Dated: September 30, 2009