IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04–cv–02414–LTB–KMT

ORLANDO CORTEZ CLARK,

      Plaintiff,

v.

DR. NWEKE, C.C.C.F., Medical, and
DR. FALLHOUSE, C.C.C.F., Medical, and

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Notice" regarding this court's Minute Order dated September 21, 2009 setting a hearing on Plaintiff's motion for default judgment (Doc. No. 216, filed September 29, 2009), docketed as a motion to compel, is GRANTED in part. **Plaintiff, or his case manager, shall arrange for his participation via telephone at the hearing set for October 6, 2009, at 9:30 a.m., and shall call (303) 335-2780 at the scheduled time.**

Dated: October 1, 2009