**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.   04-cv-02414-LTB-KMT

ORLANDO CORTEZ CLARK,

      Plaintiff,

v.

DR. NWEKE, C.C.C.F., Medical,
DR. FALLHOUSE, C.C.C.F., Medical,

      Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on January 21, 2010 (Doc 231). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendants Grace Nweke, M.D. and Cynthia Fallhowe, M.D.'s Motion to Dismiss (Doc 227) is GRANTED and Plaintiff's case is DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: February 25, 2010